# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

MO-KAN TEAMSTERS PENSION FUND, *et al.*,

        Plaintiffs,

vs.

PRUDENT TECHNOLOGIES, INC.,

        Defendant.

Case No. 4:22-cv-00284-BP

## CLERK'S ORDER OF DISMISSAL

On the 12th day of December 2022, the parties herein having filed a Stipulation of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiffs' complaint is hereby dismissed without prejudice against Defendant Prudent Technologies, Inc.. Each party to bear its own costs and attorneys' fees. The Court shall retain jurisdiction over the Release and Settlement Agreement between the parties for purposes of enforcement of its terms.

        AT THE DIRECTION OF THE COURT

        Paige Wymore-Wynn, Clerk of Court
        **/s/ Shauna Murphy-Carr**
        Deputy Clerk

Date:   December 13, 2022